STATE OF NEW JERSEY v. JOHN BATTERSBY, *ET AL.*

October 7, 1970. Petition for certification denied.

DOVER FARMS, INC., *ET AL* v. AMERICAN AIR LINES, INC.

October 7, 1970. Petition for certification denied. (See 111 *N. J. Super.* 276).

TYSON CORP., *ET AL* v. TOWNSHIP OF WOODBRIDGE.

October 7, 1970. Petition for certification granted.

STATE OF NEW JERSEY v. HELMUT ERNST BULTJER.

October 7, 1970. Petition for certification denied.

EASTERN RADIO CORP. v. ARTHUR S. WIENER, *ET AL.*

October 7, 1970. Petition for certification denied.

ALFRED BLAIR, *ET AL* v. ANTHONY BAILES, *ETC.*, *ET AL.*

October 7, 1970. Petition for certification granted.